IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN WILKINSON,

    Plaintiff,

v.                                                                   No. 1:20-cv-783 MV/KRS

JUSTIN MAESE, et al.,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND TIME TO COMPLETE SERVICE

**THIS MATTER** is before the Court on Plaintiff's Motion for Extension of Time to Complete Service on Defendants Keith Tate and Environmental Services, Doc. 13. Having considered the Motion and record of the case, the Court finds good cause for granting the Motion. Accordingly, Plaintiff is granted an extension of time to **December 31, 2020** in which to complete service on Defendants Keith Tate and Environmental Services.

    **IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE