# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JONATHAN WILKINSON

    Plaintiff,

v.                                              1:20-CV-00783-MV-KRS

JUSTIN MAESE, WALTER CHAPPAS,
KETIH TATE (D/B/A GRIFFIN TRANSPORT)
D&M ENERGY ASSOCIATES, LLC
(D/B/A D&M ENERGY AND D/B/A D&M ENERGY, LLC,
And ENVIRONMENTAL SERVICES,

    Defendants,

## ORDER GRANTING D&M ENERGY'S
## MOTION FOR LEAVE TO FILE LIMITED ENTRY OF APPEARANCE

THIS MATTER, having come on before this Court on Defendant D&M Energy Associates, Limited Liability Company's Motion for Leave to File a Limited Entry of Appearance for the purposes of contesting proper service and jurisdiction, the Court having found no party opposes the same finds that good cause exists for the same.

Defendant D&M Energy Associates, Limited Liability Company is hereby allowed to file a limited entry of appearance for the purpose of contesting proper service and this Court's jurisdiction.

    IT IS SO ORDERED.

                                                             _____
                                                              KEVIN R. SWEAZEA
                                                             UNITED STAGES MAGISTRATE JUDGE